IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-CV-01899-BNB**
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2006

GREGORY C. LANGHAM
CLERK

GEORGE C. MURPHY,

    Applicant,

v.

WARDEN / LOU ARCHULETA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant George C. Murphy has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and a Motion for Appointment of Counsel Memorandum of Law in Support Affidavit in Support. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted Application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 22ᵈ day of September, 2006.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01899-BNB

George C. Murphy
Reg. No. 101682
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** and a copy of the receipt **for the filing fee $5.00** to the above-named individuals on 9/25/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk