IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01899-MSK-KLM

GEORGE C. MURPHY,

    Applicant,

v.

LOU ARCHULETA, and
JOHN SUTHERS,

    Respondents.
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Applicant's Motion for Setting of Bond [Docket No. 30; Filed January 3, 2008] ("Motion No. 30"), and Applicant's Motion for Disposition [Docket No. 37; Filed February 11, 2008] ("Motion No. 37").

    IT IS HEREBY **ORDERED** that Motion No. 30 is **DENIED**. While the Court recognizes its authority to recommend that Applicant be released on bond pending a determination of his habeas petition, such a recommendation is only justified in "exceptional circumstances." *Pfaff v. Wells*, 648 F.2d 689, 693 (10th Cir. 1981); see *Edwards v. Oklahoma*, 412 F. Supp. 556, 559-60 (W.D. Okl. 1976) (noting that exceptional circumstances are akin to an emergency health issue); see also 16A Fed. Proc. (L. Ed.) § 41:364 (2007). Although Applicant has attempted to prove his actual innocence of the crime for which he was convicted [Docket No. 35], the Court is not persuaded that the evidence and argument presented by Applicant constitutes a "demonstration of a clear case on the merits of the habeas petition." *Pfaff*, 648 F.2d at 693; *cf. Benson v. California*, 328 F.2d 159, 162 (9 th Cir. 1964) (holding that even a "clear case for [Applicant's] release" would not be enough to justify bail pending a determination on the habeas petition).

    IT IS HEREBY **ORDERED** that Motion No. 37 is **DENIED**. To the extent that Applicant requests that the Court rule on the merits of his habeas petition and grant him the relief he seeks therein, as the Court noted in its Order of October 12, 2007 [Docket No. 28], the Court is aware of Applicant's pending matter and will the resolve it on the merits in due course.

Dated: February 13, 2008                              BY THE COURT:
                                                                    s/ Kristen L. Mix
                                                                    U.S. Magistrate Judge
                                                                    Kristen L. Mix