IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01899-MSK-KLM

GEORGE C. MURPHY,

    Applicant,

v.

LOU ARCHULETA, and
JOHN SUTHERS,

    Respondents.

_____

## ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **February 6, 2009**, the Clerk of the Adams County District Court shall provide to this Court the original written record of Denver criminal case no. 98CR2654, *People v. Murphy*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Adams County District Court by facsimile to **(303) 654-3216** and by regular mail to Clerk of the Adams County District Court, Adams County Justice Center, 1100 Judicial Center Drive, Brighton, Colorado 80601.

Dated: December 12, 2008

                                                  BY THE COURT:

                                                  s/ Kristen L. Mix
                                                  U.S. Magistrate Judge
                                                  Kristen L. Mix