IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01899-MSK-KLM

GEORGE C. MURPHY,

      Petitioner,

v.

LOU ARCHULETA, and
JOHN SUTHERS,

      Respondents.

## ORDER REOPENING CASE

**THIS MATTER** comes before the Court on Petitioner George C. Murphy's Motion to Reopen Civil Action **(# 63)**, to which no response was filed. Having considered the same, the Court **FINDS** and **CONCLUDES** that

Mr. Murphy filed his Petition for Writ of Habeas Corpus in September 2006 challenging his conviction in Adams County District Court for Sexual Assault and Sexual Assault on a Child. Accordingly, the Magistrate Judge ordered the Clerk of the Adams County Court to produce the original trial court record **(# 43)**. However, the Clerk of the Adams County Court was unable to comply with this order because the state trial record was in the possession of the Colorado Supreme Court incident to Mr. Murphy's pending petition for writ of certiorari.

Being unable to review the original trial record, the Magistrate Judge recommended that the case be administratively closed until the state court record was available for filing in this case. The Court adopted the Magistrate Judge's recommendation **(# 61)** and ordered that the

case be administratively closed pending a motion to reopen certifying the conclusion of the state court appellate proceedings and availability of the state court trial record for filing in this case.

Mr. Murphy now seeks to reopen this case. It appears that the Colorado Supreme Court had denied Mr. Murphy's petition for certiorari, and that the state court record is now available.

**IT IS THEREFORE ORDERED** that

(1)   Petitioner George C. Murphy's Motion to Reopen Civil Case **(# 63)** is **GRANTED**.

(2)   The Clerk of Court shall **REOPEN** this case.

Dated this 8th day of October, 2009

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge