IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01899-MSK-KLM

GEORGE C. MURPHY,

    Applicant,

v.

LOU ARCHULETA, and
JOHN SUTHERS,

    Respondents.
_____

### ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  Due the District Court's Order reopening the case [Docket No. 67],

    IT IS HEREBY **ORDERED** that on or before **November 20, 2009**, the Clerk of the Adams County District Court shall provide to this Court the original written record of Denver criminal case no. 98CR2654, *People v. Murphy*.  The record shall be mailed to the United States District Court for the District of Colorado, 901 19th Street, Denver, CO 80294.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Adams County District Court by facsimile to **(303) 654-3216** and by regular mail to Clerk of the Adams County District Court, Adams County Justice Center, 1100 Judicial Center Drive, Brighton, Colorado 80601.

Dated:  October 8, 2009

                                                     BY THE COURT:

                                                      s/ Kristen L. Mix
                                                     U.S. Magistrate Judge
                                                     Kristen L. Mix