IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01899-MSK-KLM

GEORGE C. MURPHY,

      Applicant,

v.

LOU ARCHULETA, and
JOHN SUTHERS,

      Respondents.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Applicant's **Independent Motion Challenging In Personam Jurisdiction** [Docket No. 65; Filed June 29, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Motion is largely unintelligible.  Viewed charitably (given Applicant's *pro se* status), it appears to attempt to raise a jurisdictional issue not raised in the Application and/or to relitigate jurisdictional issues already rejected by the District Judge assigned to this matter [Docket No. 61].  Further, to the extent that Applicant seeks a certificate of appealability should his Motion be denied, the Court notes that an appeal may only be taken from a final order.  As the pending Application has not yet been resolved, any requests to take an appeal are premature.

Dated:  October 19, 2009