**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 06-cv-01899 MSK-KLM

GEORGE C. MURPHY,

    Petitioner,

vs.

LOU ARCHULETA, and
JOHN SUTHERS,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 13th day of August, 2012.

                BY THE COURT:

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01899 MSK-KLM

Adams County Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Paul Edward Koehler - Colorado Attorney General's Office- Department of Law
**DELIVERED ELECTRONICALLY**

George C. Murphy
# 101682
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  8/14/2012  .

                                          GREGORY C. LANGHAM, CLERK

                                          By: s/ D. Berardi
                                                Deputy Clerk